RMY/RK:2009R0056

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | 2010 MAY 20 P 3: 03 |
| v. | * | CRIMINAL NO. WMN-10-0274 |
| GEORGE ANAGNOSTOU | * | (Harboring of Unlawful Aliens for Financial Gain, 8 U.S.C. § 1324(a)(1)) |
| Defendant | * | |

*******

## INFORMATION

### COUNT ONE

The United States Attorney for the District of Maryland charges that:

From in or about 2000, to in or about March 11, 2010, in the District of Maryland, the defendant,

**GEORGE ANAGNOSTOU,**

knowingly and in reckless disregard of the fact that an alien had come to, entered and remained in the United States in violation of law, attempted to and did conceal, harbor, and shield from detection the alien in any place, specifically, Timbuktu Restaurant, By the Docks Restaurant, and multiple residences located on Dorsey Road in Hanover, Maryland, and did so for the purpose of commercial advantage and private financial gain.

8 U.S.C. § 1324(a)(1)(A)(iii) and (B)(i)

Rod J. Rosenstein
United States Attorney