IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND


UNITED STATES OF AMERICA

vs.   \*   Case No. WMN-10-0274

GEORGE ANAGNOSTOU

\*\*\*\*\*\*

## WAIVER OF INDICTMENT

I, _____George Anagnostou_____, the above named defendant, who is accused of: 8 U.S.C. Sec. 1324; Harboring of Unlawful Aliens for Financial Gain

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _____June 17, 2010_____ *(date)* prosecution by grand jury indictment and consent that the case against me proceed by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before:  WILLIAM M. NICKERSON
UNITED STATES DISTRICT JUDGE

_____
Judicial Officer

U.S. District Court (6/98) Criminal Magistrate Forms: Miscellaneous 606