IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| v. | : **CRIMINAL NO. WMN-10-0274** |
| | : |
| **GEORGE ANAGNOSTOU** | : |

........oOo........

## PRELIMINARY FORFEITURE ORDER

The defendant, George Anagnostou, having entered a plea of guilty to violations of 18 U.S.C. §§ 1324(a)(1)(A)(iii) and 1324(a)(1)(B)(i); and the defendant also having agreed to forfeit all of his rights, title, and interest in property involved in the aforementioned offense or is property traceable to such property of the offense to which he entered a plea of guilty; it is hereby **ORDERED, ADJUDGED, AND DECREED** as follows:

1. The following is **FORFEITED** to the United States pursuant to Fed. R. Crim. P. 32.2(b)(2), 28 U.S.C. § 2461 (c), and 21 U.S.C. § 853:

   a. **$256,696.67** payable by check to Immigration and Customs Enforcement upon sentencing;

   b. **$227,679.16** from BB&T Account ending in 13715;

   c. **$19,393.14** from BB&T Account ending in 13964;

   d. **$31,941.14** from Wachovia Account ending in 4007;

   e. **$5,167.53** from First Mariner Account ending in 9145;

   f. **$94,232.24** from First Mariner Account ending in 7886;

   g. **$76,406.12** seized from Timbuktu Restaurant on March 11, 2010;

   h. **$9,039.00** seized from By the Docks Restaurant on March 11, 2010;

   i. **$14,445.00** seized from 7401 Longfield Drive, Kingsville, MD 21087 on March

11, 2010; and

j. One 2009 Harley Davidson, Maryland Registration Number D05125.

2.  The United States Attorney General or his authorized designee shall seize and dispose of the property specified in paragraph 1 in accordance with law, 21 U.S.C. § 853(g) and Fed.R.Crim.P. 32.2(b)(3);

3.  The United States shall publish notice of this Order in accordance with 21 U.S.C. 853(n)(1);

4.  That the Preliminary Order becomes a Final Order as to the defendant's interests at the time of sentencing and shall be made part of the sentence and included in the judgment. If no third party files a timely claim, this Order shall become the Final Order of Forfeiture, as provided by Fed. R. Criminal. P. 32.2(c)(2).

5.  That Clerk of the Court shall provide copies of this Order to all parties of record.

_8/23/10_  
Date

_/s/_  
Hon. William M. Nickerson  
United States District Judge