IRWIN GREEN & DEXTER, L.L.P.
ATTORNEYS AT LAW

301 W. PENNSYLVANIA AVENUE
TOWSON, MARYLAND 21204
TELEPHONE: 410-832-0111
FAX: 410-832-5544
E-MAIL: IGD@IGDLAW.COM
WWW.IGDLAW.COM

DAVID B. IRWIN
ROBERT B. GREEN
VICKI L. DEXTER

BALTIMORE
WORLD TRADE CENTER

September 7, 2010

The Honorable William M. Nickerson
United States District Court
  for the District of Maryland
101 W. Lombard Street, Chambers 3C
Baltimore, MD 21201

        Re:    <u>United States of America v. George Anagnostou</u>
              Criminal No.: WMN-10-0274-001

Dear Judge Nickerson:

    Please be advised that the sentencing in this matter is scheduled for Thursday, October 28, 2010 at 10:00 a.m.

    The only witness that the defense will be calling is James Rosier, Operations Manager for the defendant. Mr. Rosier will provide an explanation of the defendant's business interests, day-to-day operations and staffing.

    We anticipate that the sentencing hearing will be completed in approximately one half hour.

    Thank you very much for your courtesy.

                                  Very truly yours,

                                  David B. Irwin

DBI:sew
Enclosures
cc:    Rachel Yasser, AUSA
       Mr. George Anagnostou
I10888