IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : CRIMINAL NO. WMN-10-0274 |
| | : |
| GEORGE ANAGNOSTOU, | : |
| Defendant. | : |

..oo0oo..

## ORDER OF FORFEITURE

After a review of the government's Motion for a Final Order of Forfeiture and the pertinent record, it is this 5th day of October 2010 **ORDERED, ADJUDGED, AND DECREED** as follows:

1. The following specified property is condemned and all rights, title, and interests of George Anagnostou, Elvis Parraga-Alava, and any and all other persons are **HEREBY FORFEITED** to the United States:

    a. $256,696.67 payable by check to Immigration and Customs Enforcement upon sentencing;

    b. $227,679.16 from BB&T Account ending in 13715;

    c. $19,393.14 from BB&T Account ending in 13964;

    d. $31,941.14 from Wachovia Account ending in 4007;

    e. $5,167.53 from First Mariner Account ending in 9145;

    f. $94,232.24 from First Mariner Account ending in 7886;

    g. $76,406.12 seized from Timbuktu Restaurant on March 11, 2010;

    h. $7,609.00 seized from By the Docks Restaurant on March 11, 2010;

    i. $14,445.00 seized from 7401 Longfield Drive, Kingsville, MD 21087 on March 11, 2010; and

    j. One 2009 Harley Davidson, Maryland Registration Number D05125.

2.	The Department of Homeland Security shall dispose of the specified defendant property in accordance with law and in accordance with the Settlement Agreement attached to the government's motion.

3. The clerk of the court shall provide copies of this order to counsel of record.

_____
Hon. William M. Nickerson
United States District Judge