IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA          *

    v.                                *          Case No.: WMN-10-0274

GEORGE ANAGNOSTOU,                *

    Defendant.                        *

\*        \*        \*        \*        \*        \*        \*        \*        \*        \*        \*        \*        \*

## ORDER

        Upon consideration of the Defendant's Request for Extension of Time of Self-

Surrender Reporting Date, and the Government having no objection, it is this __30th__ day of

December, 2010, by the United States District Court for the District of Maryland, it is hereby,

        ORDERED that the Defendant's Request for Extension of Time of Self-Surrender

Reporting Date is hereby, GRANTED, and be it further,

        ORDERED that the defendant report on Monday, January 31, 2011 by 2:00 p.m.

to the institution designated by the Bureau of Prisons.

                              /s/

                            The Honorable William M. Nickerson
                            Senior, United States District Court Judge