

**UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
OFFICE OF THE CLERK**

Felicia C. Cannon, Clerk of Court
Jarrett B. Perlow, Chief Deputy
Choose a division.     Elizabeth B. Snowden, Chief Deputy

October 5, 2012

## RECEIPT FOR RETURN OF PASSPORT

Re:    UNITED STATES OF AMERICA vs. "George Anagnostou"
       Case No. 1:10cr274-WMN

I hereby acknowledge receipt from the Clerk of one Passport ending with 1154 issued by the USA which is being returned pursuant to the Courts Order.

October 5, 2012
Date                                                  Signature of Defendant or Counsel

Receipt for Return of Passport (8/13/2008)

Northern Division $ 4228 U.S. Courthouse $ 101 W. Lombard Street $ Baltimore, Maryland 21201 $ 410-962-2600
Southern Division $ 200 U.S. Courthouse $ 6500 Cherrywood Lane $ Greenbelt, Maryland 20770 $ 301-344-0660

Visit the U.S. District Court=s Website at www.mdd.uscourts.gov